IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JOHN ANDREW HOLIFIELD,** | : |
| Plaintiff, | : |
| vs. | :   CIVIL ACTION 07-0309-CG-B |
| **THE CITY OF MOBILE MUNICIPAL COURT OF MOBILE, ALABAMA,** | : |
| **et al.,** | : |
| Defendants. | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a <u>de novo</u> determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.   It is **ORDERED** this action is hereby **DISMISSED WITHOUT PREJUDICE**, prior to service of process, pursuant to 28 U.S.C. § 1915(e)(2)(B)(I) as frivolous.

**DONE and ORDERED** this 19th day of March, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE