# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **JOHN ANDREW HOLIFIELD,** | : | |
| **Plaintiff,** | : | |
| **vs.** | : | **CIVIL ACTION 07-0309-CG-B** |
| **THE CITY OF MOBILE MUNICIPAL COURT OF MOBILE, ALABAMA,** | : | |
| <u>et</u> <u>al.</u>, | : | |
| **Defendants.** | : | |

## <u>JUDGMENT</u>

It is **ORDERED, ADJUDGED,** and **DECREED** that this action is hereby **DISMISSED**

**WITHOUT PREJUDICE** as frivolous, prior to service of process, pursuant to 28 U.S.C. §

1915(e)(2)(B)(I).

**DONE and ORDERED** this 19th day of March, 2009.


/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE